### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**HOPE ELLY & PATRICK DUNN**                                              **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.:  1:18-cv-244-HSO-JCG**

**METRO FOODS OF PASS ROAD, LLC**                                **DEFENDANT**

---

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

---

**COME NOW,** Hope Elly and Patrick Dunn ("Plaintiffs") and Metro Foods of Pass Road, LLC ("Defendant"), and Plaintiffs and Defendant being the parties who have appeared in this action, do hereby:

**STIPULATE** that this action is hereby fully and finally dismissed with prejudice with each party bearing its own respective costs pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii).

**SO STIPULATED** this the 18th day of December, 2018.


/s/Pshon Barrett                                               /s/ Tere Steel
**PSHON BARRETT, MSB #2071**                  **TERE STEEL, MSB#5332**
*ADA Group LLC*                                                  *Page Mannino Peresich & McDermott PLLC*
**4001 Carmichael Road, Suite 570**        **759 Howard Avenue (39530)**
**Montgomery, Alabama  36106**              **Post Office Box 289**
**Telephone:    334.819.4030**                   **Biloxi, Mississippi  39533**
**Facsimile:    334.819.4032**                      **Telephone:    228.374.2100**
Pshon.Barrett@ADA-Firm.com                        **Facsimile:    228.374.3838**
                                                                              Tere.Steel@pmp.org

*Attorney for Plaintiffs,*
*Hope Elly and Patrick Dunn*                             *Attorney for Defendant,*
                                                                              *Metro Foods of Pass Road, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 18th day of December, 2018 to the following:

**Tere R. Steel**
Page Mannino Peresich & McDermott PLLC
759 Howard Avenue (39530)
Post Office Box 289
Biloxi, MS 39533
Phone: (228) 374-2100
Facsimile: (228) 374-3838
E-Mail: Tere.Steel@pmp.org

**Michael Edward Whitehead**
Page Mannino Peresich & McDermott PLLC
759 Howard Avenue (39530)
Post Office Box 289
Biloxi, MS 39533
Phone: (228) 374-2100
Facsimile: (228) 374-3838
E-Mail: michael.whitehead@pmp.org

/s/ **Pshon Barrett**
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiffs*